IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESA DAVIS                                                                                          PLAINTIFF

v.                                    No. 4:11-cv-851-DPM

UNITED PARCEL SERVICE, INC.                                              DEFENDANTS

ORDER

The Court has reviewed the complaint and the parties' Rule 26(f) report as amended. The Court does not see anything particularly complicated about this case. The class allegations relate only to the ADA claim. The case will remain set for trial in November 2013, with pre-trial deadlines on the Court's usual schedule. This trial date is almost two years after suit was filed. Plaintiff is entitled to some additional depositions on class issues. The Court estimates four extra should do it; if more are needed, Plaintiffs should move for them with specifics. Discovery will proceed on all issues, with the class-certification briefing (and a hearing if need be) this fall. A Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 June 2012