IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESA DAVIS                                                                                          PLAINTIFF

v.                                        No. 4:11-cv-851-DPM

UNITED PARCEL SERVICE, INC.                                                  DEFENDANT

JUDGMENT

Davis's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 July 2013